UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMIAN Y. JAMES and ROBERT HARRIS,

    Defendants.

Case No. 07-cv-40006-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion for free copies filed by defendant Damian Y. James (Doc. 210) and motion for leave to proceed on appeal *in forma pauperis* filed by defendant Robert Harris (Doc. 211). James and Harris filed these motions *pro se*, although they are represented by counsel. A defendant does not have a right to file his own motions when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*). The Court may strike as improper any such *pro se* motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998). The Court hereby **ORDERS** that the motions (Docs. 210 & 211) be **STRICKEN** and **DIRECTS** the Clerk of Court to send a copy of this order to the Court of Appeals. The Court **WARNS** James and Harris that if they continue to make further *pro se* filings while they are represented by counsel, the Court will instruct the Clerk of Court to refuse to accept them for filing.

**IT IS SO ORDERED.**
**DATED: February 6, 2008**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**