UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAMIAN Y. JAMES,<br><br>　　　　Defendant. | Case No. 07-cv-40006-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Damian Y. James' motion under Federal Rule of Civil Procedure 60(b) for relief from his criminal judgment on the grounds that the Court made errors when it considered a prior conviction at James' sentencing (Doc. 476).[1]  The Government has responded to the motion (Doc. 477).

The Court construes James' motion as a motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence despite the fact that it is not explicitly labeled as such.  "Any motion filed in the district court that imposed the sentence, and substantively within the scope of § 2255 ¶1, *is* a motion under § 2255, no matter what title the prisoner plasters on the cover."  *Melton v. United States*, 359 F.3d 855, 857 (7th Cir. 2004); *accord Curry v. United States*, 507 F.3d 603, 604 (7th Cir. 2007).  James' motion seeks to collaterally attack his sentence, so it is a § 2255 motion.

This is not James' first § 2255 motion.  He filed his first motion in March 2011, and the Court denied it as untimely.  *See James v. United States*, 11-cv-188-JPG.  In order for the Court to consider a successive petition, the Seventh Circuit Court of Appeals must certify the successive petition pursuant to 28 U.S.C. § 2255(h).  *Curry*, 507 F.3d at 604; *Nunez v. United States*, 96 F.3d

---

[1] The Court notes that James did not sign his motion.  However, because the Court would not have jurisdiction even had James signed the motion, as explained in this order, it would be futile to give James an opportunity to correct this omission.

990, 991 (7th Cir. 1996). It has not done so. Therefore, the Court does not have jurisdiction to entertain the pending § 2255 motion. Accordingly, the Court hereby **DISMISSES** James' motion (Doc. 476) **for lack of jurisdiction**.

**IT IS SO ORDERED.**
**DATED:   May 10, 2013**

                                                s/J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**