UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

DAMIAN Y. JAMES,

     Defendant.

Case No. 07-cr-40006-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion for an emergency hearing filed by defendant Damian Y. James (Doc. 638).   James filed this motions *pro se* although he represented by counsel in connection with recent non-compliance reports.   A defendant does not have a right to file his own motions when he is represented by counsel.   *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*).   The Court may strike as improper any such *pro se* motions.   *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998).   The Court hereby **ORDERS** that the motion (Docs. 638) be **STRICKEN**.   The Court **WARNS** James that if he continues to make further *pro se* filings while he is represented by counsel, the Court will instruct the Clerk of Court to refuse to accept them for filing.

**IT IS SO ORDERED.**
**DATED:   March 17, 2026**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**